UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>        Plaintiff,<br><br>    v.<br><br>MANAGEMENT CORPORATION,<br><br>        Defendant. | Case No. 1:10-cv-046-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the parties' Stipulation of Dismissal (Dkt. No. 19), and good cause appearing,

IT IS HEREBY ORDERED that the above matter is DISMISSED WITH PREJUDICE with the parties to bear their own costs and attorney's fees.

DATED: February 3, 2011

Honorable Candy W. Dale
Chief United States Magistrate Judge

ORDER - 1